# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TRACEY RUSSOM CALLAHAN**                                                      PLAINTIFF

V.                          CASE NO. 4:08CV04154 BSM

**ALLSTATE INSURANCE COMPANY**                                                  DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

On motion of plaintiff, it appears that this matter should be dismissed with prejudice.

IT IS SO ORDERED.

_____
THE HONORABLE BRIAN S. MILLER

May 19, 2009
DATE

ORDER APPROVED BY:

DAVID S. MITCHELL, P.A.
The Winrock Place Building
2222 Cottondale Lane, Suite 220
Little Rock, Arkansas   72202

By: _____
    DAVID S. MITCHELL
Attorney for plaintiff